IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HAYNEEDLE, INC., a Nebraska corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>J.C. PENNEY COMPANY, INC., J.C. PENNEY CORPORATION, INC., J.C. PENNEY PRIVATE BRANDS, INC.,<br><br>  Defendants. | No. 8:10-cv-436<br><br>**ORDER OF DISMISSAL** |

This matter is before the court on the joint stipulation of the parties, Filing No. 128. The stipulation indicates that the parties have resolved this action. Accordingly,

IT IS ORDERED that this action is dismissed with prejudice and the preliminary injunction entered on March 16, 2011 and modified on May 20, 2011, is hereby dissolved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to pay its own costs.

Dated this 8th day of November, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief United States District Judge

AGREED:

_____
Michael Hilgers
GOBER HILGERS PLLC
1603 Farnam Street, Suite 3000
Omaha, NE 68102
Telephone: (402) 218-2106
mhilgers@goberhilgers.com
Counsel for Defendants


HAYNEEDLE, INC.

_____
Patrick C. Stephenson
Doug Peters
KUTAK ROCK LLP
1650 Farnam St.
Omaha, NE 68102-2186
Phone: 402-346-6000
Email: patrick.stephenson@kutakrock.com
Counsel for Plaintiff

2