IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HAYNEEDLE, INC. | ) | Case No. 8:10CV436 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| J.C. PENNEY, COMPANY, INC., et al, | ) | DESTROYED |
| | ) | |
| Defendants. | ) | |

Pursuant to NECivR 79.1(f), counsel for Plaintiff and Defendants shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

**Defendants' Exhibits 1 through 77 from hearing held 3/3/2011**

**Plaintiff's Exhibits 101 through 135 from hearing held 3/3/2011**

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 19th day of March, 2012.

 s/ Joseph F. Bataillon
Joseph F. Bataillon
United States District Judge